BEFORE THE THIRD DIVISION, JUNE 30, 1938

**No. 38935.**—Protests 840347–G, etc., of Parrish Bros., Inc. (Baltimore).

Opinion by Evans, J. It appeared that through inadvertence the items were not marked as stated in the stipulation on which the first decision was based. On the authority of *Knickerbocker* v. *United States* (T. D. 48959) and Abstract 37263 marjoram and laurel leaves were held entitled to free entry under paragraph 1722. Thyme leaves were held free of duty under paragraph 1669 on the authority of *Seeck* v. *United States* (T. D. 47383).